UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLYDE R. BOSKET II | : |
| On behalf of herself and all others | : |
| similarly situated | : |
| | : |
| *Plaintiff,* | : |
| | : |
| v. | :  C. A. No. |
| | : |
| NATIONSTAR MORTGAGE LLC D/B/A | : |
| MR. COOPER; | : |
| HSBC BANK USA, NATIONAL | : |
| ASSOCIATION AS TRUSTEE FOR | : |
| STRUCTURED ADJUSTABLE RATE | : |
| MORTGAGE LOAN TRUST, MORTGAGE | : |
| PASS-THROUGH CERTIFICATES, | : |
| SERIES 2007-9 | : |
| *Defendants.* | : |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), and HSBC Bank USA, National Association as Trustee for Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates, Series 2007-9 ("HSBC as Trustee") (Nationstar and HSBC as Trustee collective, "Defendants"), by and through their undersigned counsel, hereby gives notice of the removal of the action captioned *Clyde R. Bosket II v. Nationstar Mortgage LLC D/B/A/ Mr. Cooper, et al*, C.A. No. 2482CV00505, filed in the Norfolk County, Massachusetts Superior Court (the "Superior Court Action"), to the United States District Court for the District of Massachusetts, Eastern Division. All Defendants consent to removal.  As grounds for removal, Defendants respectfully state:

1.    **State Court Action.**  Plaintiff Clyde R. Bosket II ("Representative Plaintiff") filed the Superior Court action on or about May 22, 2024.  *See* Complaint, attached hereto as **Exhibit A**.

2.      **Federal Jurisdiction.**  This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states, and the amount in controversy exceeds $75,000, as set forth in the following subparts.

## DIVERSITY

a.      As a basis for removal, this Action is within the original jurisdiction of the District Court under 28 U.S.C. § 1332, which provides in part that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States."  28 U.S.C. § 1332(a)(1).

b.      Representative Plaintiff alleges to be a citizen of Massachusetts.  *See* Complaint, ¶¶ 12, 17.

c.      Nationstar Mortgage LLC is a Delaware limited liability company, with its principal place of business in the state of Texas.  The citizenship of a limited liability company is determined by the citizenship of the members of the entity.  *Harvey v. Grey Wolf Drilling Co*., 542 F.3d 1077, 1079-80 (5th Cir. 2008).  Nationstar's members are Nationstar Sub1 LLC ("Sub1") and Nationstar Sub2 LLC ("Sub2").  Both Sub1 and Sub2 are Delaware LLC's, and the sole member of each is Nationstar Mortgage Holdings Inc. ("NSM Holdings").  NSM Holdings is a corporation incorporated under the laws of the state of Delaware with its principal place of business in the state of Texas. A corporation is deemed "to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 88-89

2

(2005). Thus, for diversity purposes, Nationstar is a citizen of the states of Delaware and Texas.

d.      HSBC Bank USA, National Association is sued in its capacity as trustee for a named trust. As trustee, HSBC Bank USA, National Association's citizenship controls for diversity purposes. *Navarro Sav. Ass'n v. Lee*, 446 U.S. 458, 461 (1980). HSBC Bank USA, National Association is a federally chartered national banking association. A national banking association's citizenship is determined solely by the location of its main office as designated in its articles of association. *See* 28 U.S.C. § 1348; *Wachovia Bank v. Schmidt*, 546 U.S. 303, 318 (2006); *Rouse v. Wachovia Mortg., FSB*, 747 F.3d 707, 709 (9th Cir. 2014) ("[U]nder 28 U.S.C. § 1348, a national bank is a citizen only of the state in which its main office is located."). HSBC Bank USA, National Association's main office is in Delaware, and therefore it is a citizen of Delaware for diversity purposes.

e.      Accordingly, Representative Plaintiff and Defendants are completely diverse. 28 U.S.C. §§ 1332(a)(1); 1441(b).

## Amount In Controversy

f.      On June 20, 2000, Representative Plaintiff was granted real property located at 10 Skyline Drive, Unit 2, Braintree, MA 02184 (the "Property") by Deed recorded in the Norfolk Registry of Deeds ("Norfolk Registry") in Book 14258 at Page 262 on July 3, 2000. *See* Complaint, ¶ 18. On December 21, 2006, Representative Plaintiff granted a mortgage, secured by the Property, to Greenpoint Mortgage Funding, Inc. as the Lender and Mortgage Electronic Registration Systems ("MERS") as mortgagee, in the amount of One Hundred Forty-Four Thousand ($144,000.00) Dollars, which was

recorded on December 27, 2006 in the Norfolk Registry in Book 24397 at Page 542 (the "Bosket Mortgage"). *See* Complaint, ¶ 19. *See* Bosket Mortgage attached hereto as **Exhibit B**. On January 17, 2018 MERS assigned the Bosket Mortgage to Defendant HSBC as Trustee ("Assignment"). Said Assignment was recorded in the Norfolk Registry in Book 35768 at Page 361 on June 30, 2018. *See* Complaint, ¶ 20. *See also* Assignment attached hereto as **Exhibit C**.

h.      The most recent property record available from the tax assessors for Braintree, Massachusetts in which the aforementioned Property of Representative Plaintiff is located has an assessed value of Two Hundred Sixty-Three Thousand Three Hundred ($263,300.00) Dollars. A copy of the Property Record Card his attached hereto as **Exhibit D**. 28 U.S.C. § 1332(a).

g.      Accordingly, the amount in controversy exceeds $75,000.00 in that the Representative Plaintiff, as owner of the Property seeks to declare the foreclosure of the Property void and seek damages for each of the allegedly invalid foreclosures of the putative class.


**3.      Proper Venue**. Venue is proper in the United States District Court for the District of Massachusetts, Eastern Division, because the Superior Court Action was filed in the Norfolk, Massachusetts Superior Court, which is within this District and Division, and this is also the Division in which the action arose and the Property is located.

**4.      Timeliness of Removal Petition.** Plaintiff filed the Complaint on or about May 22, 2024 and Defendant HSBC as Trustee received the Complaint through certified mail on June 5, 2024. Nationstar was served with the Complaint on or about June 4, 2024. Removal of this

4

137894396v.1

action is therefore timely under 28 U.S.C. § 1446(b) as the Notice of Removal has been filed within thirty (30) days of HSBC as Trustee's receipt of the Complaint.

      5.    **Consent.**  All Defendants consent to this removal.

      6.    **Compliance.**  Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Superior Court for Norfolk County where this action is currently pending and will also serve such notice on Plaintiff in compliance with 28 U.S.C. § 1446(d).  As required by 28 U.S.C. § 1447(b) and Local Rule 81.1, certified or attested copies of all records, documents, and document entries obtained from the Norfolk County Superior Court will be filed with this Court following the filing of this Notice of Removal.

      6.    **Relief Requested.**  Defendants respectfully request that the United States District Court for the District of Massachusetts accept this Notice of Removal and maintain jurisdiction over this case as provided by law.

5

Respectfully submitted,

NATIONSTAR MORTGAGE LLC D/B/A MR.
COOPER and
HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES
2007-9

By their Attorneys,
Locke Lord LLP,


*/s/ Krystle G. Tadesse*
Krystle G. Tadesse (BBO #673899)
2800 Financial Plaza
Providence, RI 02903
401.274.9200
krystle.tadesse@lockelord.com

and

*/s/ Stephanie Sprague*
Stephanie Sprague (BBO #667714)
111 Huntington Avenue
Boston, MA  02199-7613
617-239-0100
stephanie.sprague@lockelord.com

Date: July 5, 2024

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of July, 2024, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

Todd Dion
15 Cottage Ave., Suite 202
Quincy, Massachusetts 02169

*/s/ Krystle G. Tadesse*
Krystle G. Tadesse

137894396v.1