UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOSKET II

Plaintiff

V.

CIVIL ACTION

NO. 24-11735-WGY

NATIONSTAR MORTGAGE LLC et al

Defendant

ORDER OF DISMISSAL

YOUNG, DJ,

In accordance with the Court's allowance of the defendants' motion to dismiss on October 15, 2024, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

October 18, 2024  
Date

/s/ Jennifer Gaudet  
Deputy Clerk